

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-22-00774-CR

**EX PARTE** Ruben Eduardo **CASTILLO MORALES**

From the County Court, Kinney County, Texas
Trial Court No. 12666CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his reply brief is GRANTED. Appellant's reply brief is due March 1, 2023. Further motions for extension of time will be disfavored.

It is so **ORDERED** February 1, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court